No. 74–1302. DUNLOP, SECRETARY OF LABOR, ET AL. *v.* TURNER ELKHORN MINING CO. ET AL.; and

No. 74–1316. TURNER ELKHORN MINING CO. ET AL. *v.* DUNLOP, SECRETARY OF LABOR, ET AL. Appeals from D. C. E. D. Ky. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument.

No. 74–1329. HYNES ET AL. *v.* MAYOR OF BOROUGH OF ORADELL ET AL. Appeal from Sup. Ct. N. J. Probable jurisdiction noted.

No. 74–958. UNITED STATES ET AL. *v.* JANIS. C. A. 9th Cir. Certiorari granted.

No. 74–1179. UNITED STATES *v.* MILLER. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 74–1187. BAXTER ET AL. *v.* PALMIGIANO. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Case set for oral argument with No. 74–1194, immediately *infra.*

No. 74–1194. ENOMOTO, CORRECTIONS DIRECTOR, ET AL. *v.* CLUTCHETTE ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Case set for oral argument with No. 74–1187, immediately *supra.*